Opinion adopted January 17, 1888.

---

No. 2504.

JAMES CARROLL, ADMINISTRATOR, *v.* THOMAS E. SILK.

JURISDICTION—The district court has no jurisdiction of a suit when the sum sued for is just five hundred dollars.

ERROR from Galveston. Tried below before the Hon. W. H. Stewart.

*Howard Finley*, for plaintiff in error.

GAINES, ASSOCIATE JUSTICE. The defendant in error brought this suit in the court below to recover of plaintiffs in error's intestate the precise sum of five hundred dollars, exclusive of interest. It is held that the district court has no jurisdiction of a suit for this amount. (Rambolt v. Gulf, Colorado & Santa Fe Railway Company, 67 Texas, 654.) The judgment for the defendant in error must therefore be reversed and the suit dismissed.

*Reversed and dismissed.*